**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

UNITED STATES OF AMERICA

vs.

WYMAN WRIGHT
_____/

CASE NO: 08-20665

DISTRICT JUDGE THOMAS L. LUDINGTON
MAGISTRATE JUDGE CHARLES E. BINDER

**ORDER REVOKING BOND**

When this Defendant was released on bond, an arrest warrant was provided to Pretrial Services that they could execute at any time there was a violation of any bond condition. On April 8, 2009, Pretrial Services executed that arrest warrant, and the Defendant is before the Court today based on information that the Defendant has become a danger to himself.

After consideration of the evidence presented, I find that Defendant knowingly violated the bond condition requiring him to consult with a psychiatrist. I further find that the evidence from a number of sources, both lay and medical, substantiates a continuing pattern of unstable behavior on the part of the Defendant, and that the Defendant remains at considerable risk for suicide.

Therefore, pursuant to 28 U.S.C. § 3142, I find that there are no conditions, nor any combination of conditions, that will reasonably assure either the safety of the community or of the Defendant himself. *See also United States v Schrock,* 2008 WL 4772232 (N. D. Iowa, 2008).

Accordingly, **IT IS ORDERED** that Defendant's bond is **REVOKED** and the Defendant is immediately remanded into the custody of the U.S. Marshal's Service.

**IT IS FURTHER ORDERED** that the Pretrial Services Officer is authorized to enter Defendant's home, accompanied by a Deputy U.S. Marshal, for the purpose of retrieving radio electronic monitoring equipment presently located in the home. The Pretrial Services

Officer shall notify Defendant's attorney of when the entry is to take place so that he may be present, should he choose to do so.

Review of this Order is governed by 28 U.S.C. § 636(b)(1)(A) and E.D. Mich. LR 72.1(d)(1). Pursuant to Local Rule 72.1(d)(2), a copy of any objections is to be served upon this Magistrate Judge.

                                                                  s/ *Charles E. Binder*
                                                                 CHARLES E. BINDER
Dated: April 10, 2009                               United States Magistrate Judge

**CERTIFICATION**

I hereby certify that this Order was electronically filed this date, electronically served on Shane Waller and George Bush, served on Pretrial Services and the U.S. Marshal's Service by other electronic means, and on District Judge Ludington in the traditional manner.

Date: April 10, 2009                       By     s/*Jean L. Broucek*
                                                                 Case Manager to Magistrate Judge Binder